UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

MacARTHUR LEE, JR.

           Plaintiff(s)  :  **JUDGMENT**

(vs)  :  Civil #08-01163   (RBK)

BAYSIDE STATE PRISON, ET AL.  :

           Defendant(s)  :

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on June 24, 2010, and no timely objection having been filed,

IT IS, on this 7TH day of October 2010

ORDERED that the report of Hon. John W. Bissell dated June 24, 2010 is hereby affirmed and Judgment of No Cause for Action be entered in favor of **defendants Bayside State Prison, et al. and against plaintiff MacArthur Lee, Jr.**

                                                  *[signature]*
                                        HON. ROBERT B. KUGLER, U.S.D.J.